**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Ramona Two Shields and Mary Louise Defender, individually and on behalf of others similarly situated, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Spencer Wilkinson Jr. et. al., | ) ) | Case No. 4:12-cv-160 |
| Defendants. | ) | |

On February 19, 2013, plaintiffs and Defendant Rick Woodward filed a Stipulation for Extension of Time to File Answer or Otherwise Respond. The court **ADOPTS** the stipulation (Docket No. 45). Defendant Rick Woodward shall have until March 21, 2013, in which to file an answer or otherwise respond to plaintiffs' complaint.

**IT IS SO ORDERED.**

Dated this 20th day of February, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court