# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Ramona Two Shields, et. al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Spencer Wilkinson, Jr., et. al., ) | |
| ) | Case No. 4:12-cv-160 |
| Defendants. ) | |

Before the court is a motion for attorney James U. White, Jr. to appear *pro hac vice* on behalf of Defendants Robert Zine, Zenergy, Inc., and Zenergy Properties 6 Ft. Berthhold Allottee, LLC. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney White has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 81) is **GRANTED**. Attorney James U. White, Jr. is admitted to practice before this court in the above-entitled action on behalf of Defendants Robert Zine, Zenergy, Inc., and Zenergy Properties 6 Ft. Berthhold Allottee, LLC.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge