# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RAMONA TWO SHIELDS and MARY LOUISE DEFENDER WILSON, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER WILKINSON JR., RICK WOODWARD, ROBERT ZINKE, DAKOTA-3, LLC, DAKOTA-3 E&P COMPANY, LLC (n/k/a WPK ENERGY WILLISTON LLC), DAKOTA-3 ENERGY, LLC, ZENERGY, INC., ZENERGY PROPERTIES 6 FT. BERTHOLD ALLOTTEE, LLC, and JOHN DOE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:12-cv-00160-DLH-CSM |

## DEFENDANT RICK WOODWARD'S MOTION TO DISQUALIFY SUSMAN GODFREY L.L.P. AS COUNSEL FOR PLAINTIFFS

Defendant Rick Woodward ("Woodward"), pursuant to Local Civil Rule 7.1, moves the Court to disqualify Susman Godfrey L.L.P. as counsel for Plaintiffs. A memorandum in support of Woodward's motion is filed contemporaneously herewith.

Respectfully submitted this 3rd day of July, 2013.

*s/ Jodi W. Dishman*
Ronald T. Shinn Jr.
Jodi W. Dishman
Jared R. Boyer
McAFEE & TAFT a Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
*ron.shinn@mcafeetaft.com*

*jodi.dishman@mcafeetaft.com*
*jared.boyer@mcafeetaft.com*

**ATTORNEYS FOR DEFENDANT**
**RICK WOODWARD**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2013, I electronically transmitted the foregoing document using the ECF system. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Kenneth E. McNeil, Esq.<br>Shawn L. Raymond, Esq.<br>Charles R. Eskridge III, Esq.<br>*kmcneil@susmangodfrey.com*<br>*sraymond@susmangodfrey.com*<br>*ceskridge@susmangodfrey.com* | Robert B. Stock, Esq.<br>H. Patrick Weir, Esq.<br>Joshua A. Swanson, Esq.<br>*rstock@vogellaw.com*<br>*hpweir@vogellaw.com*<br>*jswanson@vogellaw.com* |
| Mario Gonzales, Esq.<br>*mario@mariogonzalezlaw.com* | Jon W. Backes, Esq.<br>*jbackes@mcgeelaw.com* |
| Daniel M. McClure<br>Mark S. Barron<br>Matthew A. Dekovich<br>*dmcclure@fulbright.com*<br>*mbarron@fulbright.com*<br>*mdekovich@fulbright.com* | David S. Maring<br>Daniel J. Dunn<br>*dmaring@maringlaw.com*<br>*ddunn@maringlaw.com* |
| Robb L. Voyles<br>Van H. Beckwith<br>*robb.voyles@bakerbotts.com*<br>*van.beckwith@bakerbotts.com* | Lawrence Bender, Esq.<br>Michael D. Schoepf, Esq.<br>*lbender@fredlaw.com*<br>*mschoepf@fredlaw.com* |
| Stuart D. Campbell<br>Tom Q. Ferguson<br>*scampbell@dsda.com*<br>*tferguson@dsda.com* | James U. White, Jr.<br>*jim@zenergycounsel.com* |

*s/ Jodi W. Dishman*

2