UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

Ramona Two Shields, et al
    Plaintiffs,

v.                                            Case No. 4:12-cv-160

Spencer Wilkinson, Jr., et al
    Defendants.

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel L. Hovland | Date:  November 15, 2013 |
| Bismarck, North Dakota | Time:  9:00 a.m. |
| Court Reporter:  Sandie Ehrmantraut | Recess: 12:40 p.m. |
| Proceeding: Motion Hearing | Clerk:  Kari M. Knudson |

Appearances:

    Kenneth E. McNeil, Shawn L. Raymond, Andres Christopher Healy, Mario Gonzalez, and John M. Olson for Plaintiffs Mary Louise Defender Wilson and Ramona Two Shields.

    Jon W. Backes, Mark S. Barron, and Daniel Mead McClure for Defendants Dakota-3 Energy, LLC; Dakota-3, LLC; and Spencer Wilkinson, Jr.

    Van H. Beckwith and James Hoy for Defendants Dakota-3 E&P Company,LLC, n/k/a WPX Energy Williston,  LLC.

    James U. White, Jr. for Defendants Zenergy Inc.; Zenergy Properties 6 Ft. Berthold Allotte, LLC; Robert Zinke.

    Ronald T. Shinn, Jr. for Defendant Rick Woodward.

    Stephen R. Terrell for Amicus United States of America.

Court in session.
Counsel note appearances.
Mr. Beckwith presents oral argument on behalf of all defendants.
Mr. Terrell presents oral argument on behalf of the Amicus USA.
Mr. Beckwith continues with oral argument on behalf of all defendants.
Mr. McClure presents oral argument on behalf of defendants Dakota-3 Energy, LLC; Dakota-3, LLC; and Spencer Wilkinson, Jr.
Mr. Shinn presents oral argument on behalf of defendant Rick Woodward.
Mr. White presents oral argument on behalf of defendants Zenergy Inc.; Zenergy Properties 6 Ft. Berthold Allotte, LLC; and Robert Zinke.
*Recess from 10:43 a.m. to 10:57 a.m.*
Mr. McNeil presents oral argument on behalf of the plaintiffs.
Mr. Raymond presents oral argument on behalf of the plaintiffs.
Mr. Healy presents oral argument on behalf of the plaintiffs.
Mr. Beckwith presents rebuttal oral argument.
Court takes matter under advisement.