Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*
### Northwestern Division

Ramona Two Shields and Mary Louise Defender Wilson, individually and on behalf of others similarly situated,

        Plaintiffs,

vs.

Spencer Wilkinson, Jr., Rick Woodward, Robert Zinke, Dakota-3 E&P Company, LLC (n/k/a WPX Energy Williston, LLC), Zenergy, Inc., Dakota-3, LLC, Dakota-3 Energy, LLC, Zenergy Properties 6 Ft. Berthold Allottee, LLC, and John Doe,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   4:12-cv-160

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

The Defendants' Rule 12(b)(7) motions to dismiss (Docket No. 31, 37, and 57) are GRANTED. The Rule 12(b)(1) and 12(b)(6) motions to dismiss (Docket No. 33, 38, 41, and 57) are DENIED as moot and without prejudice. The motions to stay (Docket Nos. 46, 48, and 75) are DENIED as moot.

Date: November 26, 2013

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jeanene Thompson, Deputy Clerk*